**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDDIE L GLOVER,**

    **Plaintiff,**

v.                                                **CASE NO. 4:06-cv-00260-SPM-AK**

**LARRY CAMPBELL,
H DENNIS,
R HATCHMAN,
LEON COUNTY JAIL FOOD SERVICE DIRECTOR,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis with account statement (doc. 7), which Plaintiff filed in response to the Court's show cause order. (Doc. 6). By earlier order, Plaintiff was assessed a partial filing fee of $1.33, which to date has not been paid. He submits the present motion with account information to show that he does not have the funds to pay the partial fee. However, this fee is mandatory and is based on the six months deposit information submitted at the time the complaint was filed. Until such time as the partial fee is received his case will not go forward. If Plaintiff does not intend to pay this fee he should dismiss the complaint.

Accordingly, it is

**ORDERED:**

Plaintiff shall advise the Court on or before November 2, 2006, whether he wants

*Page 2 of 2*

to dismiss this lawsuit or pay the fee.

**DONE AND ORDERED** this **19th** day of October, 2006

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 4:06-cv-00260-SPM-AK*