IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE GLOVER,

    Plaintiff,

vs.                                                      4:06-CV-260-SPM

LARRY CAMPBELL; H. DENNIS;
R. HATCHMAN; LEON COUNTY JAIL
FOOD SERVICE DIRECTOR,

    Defendants.

_____/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) dated March 22, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is

adopted and incorporated by reference in this order.

2. The amended complaint (doc. 14) is *dismissed* for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. ¶ 1915(e)(2).

3. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and thereby constitutes a "strike" within the meaning of 28 U.S.C. §1915(g).

**DONE AND ORDERED** this twenty-ninth day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge